The People of the State of New York ex rel. Bridge Operating Com-

pany and Others, Respondents, v. The Public Service Commission of the State of New York for the First District and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, on the authority of *People ex rel. Joline* v. *Willcox* (129 App. Div. 267; affd., 194 N. Y. 383.)

Morris I. Schamberg, Appellant, v. Malcolm D. Whitman, Respondent. — Determination and order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint. No opinion.

In the Matter of the Application of Rosina Jochim, Appellant, for a Writ of Habeas Corpus to Bring up the Body of Walter F. Jochim. Annie J. Wilson, Respondent.— Order affirmed. No opinion.

Frank C. Holman, Respondent, v. John J. Gillen, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles I. Menczer and Solomon Nadler, Copartners Doing Business under the Firm Name and Style of Menczer & Nadler, Appellants, v. American Bonding Company of Baltimore, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Majestic Motion Picture Company, Respondent, v. Powers Motion Picture Company and Patrick A. Powers, Appellants, Impleaded with Motion Picture Distributing and Sales Company, and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Clinton H. Miller and William S. Miller, Copartners, Doing Business under the Firm Name and Style of Palmer & Singer Distributing Company, Respondents, v. Palmer & Singer Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Bankers Trust Company, as Substituted Trustee of the Trusts Created by the Will of William Henry White, Deceased, Which Sues on Its Own Behalf and for the Benefit of All Persons Similarly Situated with Respect to the Stock of R. E. Dietz Company, Appellant, v. R. E. Dietz Company, Frederick Dietz, Individually and as One of the Executors of and One of the Surviving Trustees of the Trusts Created by the Last Will and Testament of Robert E. Dietz, Deceased, Respondents, Impleaded with John E. Dietz and Others.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Thomas J. Mooney, Respondent, v. Morris Levenson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Estate of John Riegelmann, Deceased. John Riegelmann and Rosina McCoy, Individually and as Committee of Louis C. Riegelmann, an Incompetent, Appellants; Rosina Riegelmann, as Executrix, etc., of John Riegelmann, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph T. McCaddon and Theodore D. McCaddon, as Executors, etc., of Ruth Louisa Bailey, Deceased, Appellants, v. Charles Mascart and Others, Impleaded with New York Taxicab Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Cascade Hotel Company, Respondent, v. Orleans Real Estate Company,